MC-275

Name: BETTY A. CHEEKS  X12152
Address: 1250 S ENCINAL CYN. RD
MALIBU, CA 90265

RECEIVED X12152

DEC - 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Court: FEDERAL DISTRICT COURT, NORTHERN

Petitioner: BETTY A. CHEEKS
vs.
Respondent: PEOPLE

PETITION FOR WRIT OF HABEAS CORPUS

No. 07 91 SI (PR)
(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the Judicial Council of California MC-275 [Rev. July 1, 2005]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code § 1473 et seq
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

This petition concerns:

- [ ] A conviction
- [X] A sentence
- [ ] Jail or prison conditions
- [ ] Other (specify): ___
- [ ] Parole
- [ ] Credits
- [ ] Prison discipline

1. Your name: **BETTY A. CHEERS**
2. Where are you incarcerated? **MALIBU CONSERVATION CAMP (CIW)**
3. Why are you in custody? [X] Criminal Conviction [ ] Civil Commitment

   *Answer subdivisions a. through i. to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   **NON-SUFFICIENT FUNDS**
   **OBTAINING PUBLIC AID UNLAWFULLY**

   b. Penal or other code sections: **W10980; P476A**

   c. Name and location of sentencing or committing court: **UKIAH MUNICIPAL COURT, UKIAH, CALIFORNIA 95482**

   d. Case number: **A110209**

   e. Date convicted or committed: **May 16, 2005**

   f. Date sentenced: **May 16, 2005**

   g. Length of sentence: **10 years 4 months**

   h. When do you expect to be released? **November 21, 2008**

   i. Were you represented by counsel in the trial court? [X] Yes  [ ] No. If yes, state the attorney's name and address:

   **CARLE RICHARDS**
   **UKIAH, CALIFORNIA**

4. What was the LAST plea you entered? (check one)

   [ ] Not guilty  [ ] Guilty  [X] Nolo Contendere  [ ] Other: ___

5. If you pleaded not guilty, what kind of trial did you have?

   [ ] Jury  [ ] Judge without a jury  [ ] Submitted on transcript  [ ] Awaiting trial

6. GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

THE SENTENCE VIOLATES FEDERAL CONSTITUTIONAL RIGHTS TO DUE PROCESS AND A JURY TRIAL IMPOSITION OF THE UPPER TERM BASED ON PRIOR CRIMINAL HISTORY VIOLATES THE FOURTEENTH AMENDMENT.

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

PETITIONER ADOPTS THE COURT OF APPEAL'S STATEMENT OF FACTS AND PROCEDURAL BACKGROUND SET OUT IN ITS OPINION ON CUNNINGHAM V. CALIFORNIA (2007) 549 U.S. ___ [127 S.CT. 856] AND APPRENDI V. NEW JERSEY (2000) 530 U.S. 466, 490

b. Supporting cases, rules, or other authority (optional):
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

CUNNINGHAM V. CALIFORNIA (2007) 549 U.S. 127 S.CT. 856
APPRENDI V. NEW JERSEY (2000) 530 U.S. 466, 490

7. Ground 2 or Ground _____ (if applicable):

_____

a. Supporting facts:

_____

b. Supporting cases, rules, or other authority:

_____

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes ☐ No  If yes, give the following information:

   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):
   
   COURT OF APPEAL, CALIFORNIA SUPREME COURT; MENDOCINO COUNTY SUPERIOR COURT

   b. Result: DENIED                         c. Date of decision: SEPT. 12, 2007

   d. Case number or citation of opinion, if known: A110209

   e. Issues raised: (1) DOES IMPOSITION OF AN UPPER TERM SENTENCE UNDER CALIFORNIA'S DETERMINANT SENTENCING LAW VIOLATE THE RIGHT TO A JURY TRIAL

   (2)

   (3)

   f. Were you represented by counsel on appeal? ☒ Yes ☐ No. If yes, state the attorney's name and address, if known:

   FRANCIS TERNUS  730 HARRISON STREET, SUITE 201; SAN FRANCISCO, CA. 94107

9. Did you seek review in the California Supreme Court? ☒ Yes ☐ No. If yes, give the following information:

   a. Result: DENIED                         b. Date of decision: SEPT 12, 2007

   c. Case number or citation of opinion, if known: A110209

   d. Issues raised: (1) SAME AS ABOVE

   (2)

   (3)

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

11. Administrative Review:

   a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See In re Muszalski (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review.

   b. Did you seek the highest level of administrative review available? ☐ Yes ☐ No.
   Attach documents that show you have exhausted your administrative remedies.

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court? ☐ Yes. If yes, continue with number 13.  ☒ No. If no, skip to number 15

13  a  (1) Name of court: _____

   (2) Nature of proceeding (for example, "habeas corpus petition"): _____

   (3) Issues raised: (a) _____

      (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

  b  (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

      (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

  c  For additional prior petitions, applications, or motions, provide the same information on a separate page.

14  If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

_____

15  Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal 2d 300, 304.)

   NONE

16  Are you presently represented by counsel? ☐ Yes  ☒ No. If yes, state the attorney's name and address, if known:

_____

17  Do you have any petition, appeal, or other matter pending in any court? ☐ Yes.  ☒ No. If yes, explain:

_____

18  If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

_____

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date                                             ▶ *Betty G. Chunks*  12-3-07
                                                 (SIGNATURE OF PETITIONER)

MC-275 [Rev July 1 2005]        **PETITION FOR WRIT OF HABEAS CORPUS**        Page six of six