UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BETTY A. CHEEKS et al,

      Plaintiff,

v.

PEOPLE et al,

      Defendant.
      _____/

Case Number: CV07-06291 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Betty A. Cheeks X-12152
1250 S. Encinal Cyn. Rd.
Malibu, CA 90265

Dated: April 10, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk