```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018568
Cashier ID: buckles
Transaction Date: 04/28/2008
Payer Name: BILL LOCKYER
------------------------------------
WRIT OF HABEAS CORPUS
 For: betty cheeks
 Case/Party: D-CAN-3-07-CV-006291-001
 Amount:         $5.00
------------------------------------
CHECK
 Check/Money Order Num: 208203851
 Amt Tendered:  $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

si

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```