BETTY CHEEKO X12152

C07-6291-SI

SANTA ANA CA 927
25 APR 2008 PM 7 L

STATE PRISON

Office of the Clerk U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
94102-3661