Name **Betty A. Cheeks X12152**

Address **1250 S. Encinal Cyn. Rd.**

**Malibu, CA 90265**

CDC or ID Number **X12152**

**FEDERAL DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**
(Court)

**FILED**

MAY 0 2 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**AMENDED**
PETITION FOR WRIT OF HABEAS CORPUS

Petitioner **Betty A. Cheeks**

vs.

Respondent **Dawn Davison, Warden CIW**

No. **CV 07 6291 SI**
(To be supplied by the Clerk of the Court)

Petitioner files this amendment to her Petition for writ of habeas corpus to substitute Dawn Davison, Warden CIW as the respondent in this action.

### INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code § 1473 et seq
Cal Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

This petition concerns:

- [ ] A conviction
- [ ] A sentence
- [ ] Jail or prison conditions
- [ ] Parole
- [ ] Credits
- [ ] Prison discipline
- [x] Other (specify): **AMENDMENT PURSUANT TO OSC FILED APRIL 4, 2008**

1. Your name: **Betty A. Cheeks**
2. Where are you incarcerated? **Malibu Conservation Camp #13 / CIW**
3. Why are you in custody?  [ ] Criminal Conviction  [ ] Civil Commitment

    *Answer subdivisions a. through i. to the best of your ability.*

    a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

    _____
    _____

    b. Penal or other code sections: _____

    c. Name and location of sentencing or committing court: _____

    d. Case number: _____

    e. Date convicted or committed: _____

    f. Date sentenced: _____

    g. Length of sentence: _____

    h. When do you expect to be released? _____

    i. Were you represented by counsel in the trial court?  [ ] Yes.  [ ] No. If yes, state the attorney's name and address:

    _____
    _____

4. What was the LAST plea you entered? *(check one)*

    [ ] Not guilty  [ ] Guilty  [ ] Nolo Contendere  [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

    [ ] Jury  [ ] Judge without a jury  [ ] Submitted on transcript  [ ] Awaiting trial

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court?  ☐ Yes. If yes, continue with number 13.  ☐ No. If no, skip to number 15.

13. a. (1) Name of court: _____

   (2) Nature of proceeding (for example, "habeas corpus petition"): _____

   (3) Issues raised: (a) _____

      (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

      (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal 2d 300, 304.)

16. Are you presently represented by counsel?  ☐ Yes  ☐ No. If yes, state the attorney's name and address, if known:

17. Do you have any petition, appeal, or other matter pending in any court?  ☐ Yes  ☐ No. If yes, explain:

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date

*Betty C. Chuks*   4-28-08
(SIGNATURE OF PETITIONER)

MC-275 [Rev. July 1, 2005]   **PETITION FOR WRIT OF HABEAS CORPUS**   Page six of six



STATE OF CALIFORNIA
CDC - 193 (1988)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date 1-10 20 08

To: Warden          Approved _____

I hereby request that my Trust Account be charged $ 5.00 for the purpose stated below and authorize the withdrawal of that sum from my account:

X12152
NUMBER

_Betty C. Cheeks_
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PURPOSE Filing Fee
(Due By May 9TH 2008)
please Process ASAP

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

NAME OFFICE OF THE CLERK
ADDRESS NORTHERN DISTRICT OF CA.
450 GOLDEN GATE AVE
SAN FRANCISCO, CA. 94102

Betty Annice Cheeks
PRINT YOUR FULL NAME HERE