Betty Cheels XJ2152
MALIBU - CC #13
STATE PRISON
1250 SOUTH ENCINAL
MALIBU, CA 90265

MALIBU - CC #13
STATE PRISON
1250 SOUTH ENCINAL
MALIBU, CA 90265

LOS ANGELES CA 900
29 APR 2008 PM 13 T

Office of the Clerk US Court District
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102

94102+3661