1  EDMUND G. BROWN JR.
Attorney General of the State of California
2  DANE R. GILLETTE
Chief Assistant Attorney General
3  GERALD A. ENGLER
Senior Assistant Attorney General
4  PEGGY S. RUFFRA
Supervising Deputy Attorney General
5  SHARON G. BIRENBAUM
Deputy Attorney General
6  State Bar No. 94925
  455 Golden Gate Avenue, Suite 11000
7  San Francisco, CA 94102-3664
  Telephone: (415) 703-5870
8  Fax: (415) 703-1234
  Email: sharon.birenbaum@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  BETTY A. CHEEKS,                      C 07-6291 SI

                              Petitioner,   **ANSWER TO PETITION FOR
15                                          WRIT OF HABEAS CORPUS**

16  v.

17  DAWN DAVISON, Warden, California Institute for
   Women,

18                              Respondent.

19

20      Respondent provides the following answer to the petition for writ of habeas corpus:[1]

21                              **I.**

22      Petitioner, Betty A. Cheeks, was committed to the California Department of Corrections

23  for ten years, four months, after entering a valid guilty plea in Mendocino County Superior Court

24  to welfare fraud (Cal. Welfare & Institutions Code, § 10980) and eleven counts of issuing checks

25  ───────────────────────────────────

26      1.  Petitioner  named the respondent as "People."  In its order to show cause, this Court
recognized that this was not a proper respondent, and directed petitioner amend her petition to name
27  the appropriate respondent.  Petitioner is an inmate at the Malibu Conservation Camp run by the
California Institute for Women.  Dawn Davison is the warden of the California Institute for Women,
28  and we therefore name her as respondent.

1  with insufficient funds (Cal. Pen. Code, § 476a(a)). CT 249-59, 260-262, 251, 323-25.[2/]

2

3                                          **II.**

4         Petitioner filed an appeal of her conviction in the California Court of Appeal, First

5  Appellate District, Division Two, claiming that the trial court violated her right to due process and

6  her right to jury trial in imposing the upper sentencing term for the welfare fraud conviction.  Exh.

7  C (appellant's opening brief), Exh. D (respondent's brief).

8                                          **III.**

9         In an unpublished opinion filed on May 1, 2006, the California Court of Appeal affirmed

10  the judgment.  Exh. E.

11                                          **IV.**

12        On July 12, 2006, the California Supreme Court denied review without prejudice to any

13  relief which petitioner might be entitled upon the United States Supreme Court issuing its opinion

14  in *Cunningham v. California*, No. 05-6551.  Exh. F (Petition for Review), Exh. G (Supreme Court

15  order denying review).

16                                          **V.**

17        On February 26, 2007, the United States Supreme Court granted petitioner's petition for

18  writ of certiorari, vacated the judgment, and remanded the case to the California Court of Appeal

19  for further consideration in light of its decision in *Cunningham v. California*, 549 U.S. __, 127 S.Ct.

20  856 (2007).  Exh. H.

21                                          **VI.**

22        On April 19, 2007, the California Court of Appeal recalled the remittitur and ordered

23  additional briefing.  Exh. I (order), Exh. J and K (letter briefs from petitioner and respondent).

24                                          **VII.**

25        In an unpublished opinion filed on June 21, 2007, the Court of Appeal affirmed the

26  ─────────────────────────────────────────

27        2. "CT" refers to the clerk's transcripts of petitioner's state court trial, lodged with this court
    as Exhibit A; "RT" refers to the reporter's transcripts of petitioner's state court trial, lodged with this
28  court as Exh. B.

Answer to Petition for Writ of Habeas Corpus - Cheeks v. Davison - C 07-6291 SI

1    judgment.  Exh. L.

2                              **VIII.**

3        Petitioner again filed a petition for review in the California Supreme Court (Exh. M),

4    which the supreme court denied on September 12, 2007.  Exh. N.

5

6                              **IX.**

7        Petitioner has exhausted his state remedies and his petition is timely.

8                              **X.**

9        Petitioner's conviction was not obtained in violation of any federal constitutional right,

10    and each and every claim in the petition is without merit.  Specifically, respondent denies that the

11    state court violated petitioner's right to jury trial or due process in imposing the upper three year

12    term for welfare fraud.

13                             **XI.**

14        Except as specifically admitted herein, respondent denies all material factual averments

15    of the petition.

16                             **XII.**

17        We submit herewith the relevant record of the state trial and appellate court proceedings

18    as itemized in the accompanying receipt for exhibits.

19

20

21

22

23

24

25

26

27

28

1

**CONCLUSION**

2       WHEREFORE, respondent respectfully submits that the order to show cause be

3  discharged, the petition for writ of habeas corpus be denied, and this action be dismissed.

4       Dated:  May 6, 2008

5                           Respectfully submitted,

6                           EDMUND G. BROWN JR.
                            Attorney General of the State of California

7                           DANE R. GILLETTE
                            Chief Assistant Attorney General

8
                            GERALD A. ENGLER
9                           Senior Assistant Attorney General

                            PEGGY S. RUFFRA
10                          Supervising Deputy Attorney General

11

12                          /s/ Sharon G. Birenbaum
                            SHARON G. BIRENBAUM
13                          Deputy Attorney General

14                          Attorneys for Respondent

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Cheeks v. Davison**

No.:    **C 07-6291 SI (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>May 6, 2008</u>, I served the attached

**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PETITION FOR WRIT OF HABEAS CORPUS**

**NOTICE OF LODGING EXHIBITS WITH COURT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Betty A. Cheeks
X-12152
California Institute for Women/Malibu
Conservation Camp
1250 S. Encinal Cyn. Rd.
Malibu, CA 90265

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 6, 2008, at San Francisco, California.

| M. Argarin | /s/ M. Argarin |
|:---:|:---:|
| Declarant | Signature |

40250098.wpd