1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  SHARON G. BIRENBAUM, State Bar No. 94925
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5870
    Fax:  (415) 703-1234
8   Email:  Sharon.Birenbaum@doj.ca.gov

9  Attorneys for Respondent

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14
   **BETTY A. CHEEKS,**                              C 07-6291 SI
15
                              Petitioner,            **NOTICE OF LODGING
16                                                   EXHIBITS WITH COURT**
              v.
17
   **DAWN DAVISON, Warden, California Institute for
18 Women,**

19                            Respondent.

20

21      EXHIBIT A -  Clerk's Transcript on Appeal

22      EXHIBIT B -  Reporter's Transcript on Appeal (3 vols.)

23      EXHIBIT C -  Appellant's Opening Brief

24      EXHIBIT D -  Respondent's Brief

25      EXHIBIT E -  Unpublished Opinion (Filed 5/1/06)

26      EXHIBIT F -  California Supreme Court Order Petition for Review (Filed 5/1/06)

27      EXHIBIT G -  Order Denying Petition for Review (7/12/06)

28

EXHIBIT H - United States Supreme Court Order Granting Petition for Writ of Certiorari, and Remanding Case to State Court of Appeal

EXHIBIT I - Order from California Court of Appeal

EXHIBIT J - Letter Brief from Respondent

EXHIBIT K - Letter Brief from Petitioner

EXHIBIT L - Unpublished Opinion (Filed 6/21/07)

EXHIBIT M - Petition for Review (Filed 7/21/07)

EXHIBIT N - California Supreme Court Order Denying Petition for Review (Filed 9/12/07)

Dated: May 6, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Sharon G. Birenbaum
SHARON G. BIRENBAUM
Deputy Attorney General
Attorneys for Respondent

40249998.wpd
SF2008401252