UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY A. CHEEKS, | No. C 07-6291 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DAWN DAVIDSON, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied. Judgment is hereby entered in favor of respondent.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 21, 2009

SUSAN ILLSTON
United States District Judge